UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 03-2237 |
| | ) |
| JON-CLAUDE HALEY and | ) |
| DEBORAH L. VANCE, | ) |
| | ) |
| Defendants. | ) |

RELEASE OF NOTICE OF FORECLOSURE

Release is hereby given of the Notice of Foreclosure filed in the United States District Court, Central District of Illinois, on December 31, 2003, and recorded in the Recorder's Office in Champaign County, Illinois, on January 15, 2004, as Document No. 2004R01180, which Notice of Foreclosure stated as follows:

The undersigned certifies that the above entitled mortgage foreclosure action was filed on December 31, 2003, and is now pending.

(i)  The names of all plaintiffs and the case number are identified above.

(ii)  The court in which said action was brought is identified above.

(iii)  The name of the title holder of record is:    JON-CLAUDE HALEY and
DEBORAH L. VANCE

(iv)  A legal description of the real estate sufficient to identify it with reasonable certainty is as follows:

Tract 1: Lots 5 and 6 in Block 30 of Smith and Company's Addition to Tolono, as per plat recorded in Book "M" at Page 54, situated in Champaign County, Illinois.

Tract 2: The North Half of an alley lying South of and adjacent to Tract 1 as shown by Ordinance vacating alley recorded June 6, 1967 in Book 849 at Page 960 as Document 761971.

(v)  A common address or description of the location of the real estate is as follows:

    202 S. Whitehead, Tolono, Illinois 61880

(vi)  An identification of the mortgage sought to be foreclosed is as follows:

| | |
|---|---|
| Name of Mortgagor: | JON-CLAUDE HALEY and DEBORAH L. VANCE |
| Name of mortgagee: | United States of America acting through United States Department of Agriculture |
| Date of mortgage: | July 24, 1996 |
| Date of recording: | July 24, 1996 |
| County where recorded: | Champaign County, IL |
| Recording document identification: | as Doc. No. 96R18387 |

Respectfully submitted,

JAN PAUL MILLER
UNITED STATES ATTORNEY

BY:  s/David H. Hoff
DAVID H. HOFF
United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone: 217/373-5875
Fax: 217/373-5891
david.hoff@usdoj.gov

This instrument was prepared by David H. Hoff, Assistant United States Attorney, 201 S. Vine, Urbana, IL 61802.